## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

MICHAEL HIXSON,

  Plaintiff,

v.                                                        CASE NO.: 4:19-CV-00906

CONN APPLIANCES, INC.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MICHAEL HIXSON, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2020 a true and correct copy of the foregoing has been furnished via electronic mail via the court's CM/ECF system to the following:

*All counsel of record.*

/s/ _Joshua R. Kersey_
Joshua R. Kersey
Texas Bar No.: 24090206
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Tele: (813) 223-5505
Fax: (813) 983-2889
Primary Email: JKersey@ForThePeople.com
Secondary Email: DGagliano@ForThePeople.com
*Attorney for Plaintiff*