**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **MICHAEL HIXSON,** | § |
| Plaintiff, | § |
| v. | §  Civil Action No.: 4:19-cv-906-SDJ-KPJ |
| **CONN APPLIANCES, INC.,** | § |
| Defendant. | § |

**ORDER**

Before the Court is Plaintiff Michael Hixson's ("Plaintiff") Notice of Settlement (Dkt. 12), wherein Plaintiff represents that the parties have reached a settlement and are drafting and finalizing the terms of the settlement agreement.

**IT IS THEREFORE ORDERED** that the parties shall submit to the Court all papers necessary for the resolution of the claims between them **no later than July 29, 2020**.

If such papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**So ORDERED and SIGNED this 29th day of May, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE